No. 779. AMERICAN TOBACCO CO. ET AL. v. HADJIPATERAS ET AL. C. A. 2d Cir. Certiorari denied. *Henry N. Longley* and *John W. R. Zisgen* for petitioners. *Barent*

*Ten Eyck* for Hadjipateras et al.; and *Roscoe H. Hupper* and *Ray Rood Allen* for the Hellenic Lines, Ltd., respondents.

